# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

146808

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIAMOND-DESIRE JACQUELINE ANDRE,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 146808
COA: 313425
Kent CC: 12-001574-FH

On order of the Court, the application for leave to appeal the January 9, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



t0520

Clerk